

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00349-CV

**BILLY R. HIGH AND TRACI HIGH-WARD,**

**Appellants**

 **v.**

**NATIONAL ROYALTY COMPANY LTD AND
MARLIN ROYALTY COMPANY,**

**Appellees**

From the 77th District Court
Freestone County, Texas
Trial Court No. 17-420-B

## MEMORANDUM  OPINION

The Clerk of this Court notified the parties in an October 1, 2020 letter that the

appellant's brief was overdue in this cause and that the appeal may be dismissed if a

response showing grounds for continuing the appeal was not filed within twenty-one

days of the date of the letter.  No response has been filed.  Accordingly, the appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Appellants' "Request for Appellate Court to Take Judicial Notice," filed on May 30, 2019, is also dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Dismissed
Opinion delivered and filed November 4, 2020
[CV06]

